# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADIA A. DEDICOVA-KENT ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> EQUIFAX INFORMATION SERVICES, LLC ) <br> and ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC. ) <br> and ) <br> TRANS UNION, LLC ) <br> and ) <br> MBNA AMERICA BANK, NA ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-1482 |

## O R D E R

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion to Compel the Deposition of a Corporate Representative of Defendant Trans Union, LLC, it is hereby ORDERED that the motion is GRANTED and that Defendant Trans Union, LLC shall produce a Corporate Representative to be deposed by Plaintiff within twenty (20) days of the date of this Order or risk further sanctions upon application to the Court.

BY THE COURT:

_____
Surrick,                    J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NADIA A. DEDICOVA-KENT )<br>)<br>            Plaintiff,    )<br>    vs.                                )<br>                                         )<br>EQUIFAX INFORMATION SERVICES, LLC  )<br>    and                                 )<br>EXPERIAN INFORMATION    )<br>SOLUTIONS, INC.    )<br>    and    )<br>TRANS UNION, LLC    )<br>    and    )<br>MBNA AMERICA BANK, NA    )<br>                                         )<br>            Defendants.    )<br>                                         ) | Civil Action No. 04-1482 |

**PLAINTIFF NADIA A. DEDICOVA-KENT'S MOTION
TO COMPEL THE DEPOSITION OF A CORPORATE
REPRESENTATIVE OF DEFENDANT TRANS UNION, LLC**

Plaintiff Nadia A. Dedicova-Kent, through her undersigned attorneys, hereby moves this Court to enter the accompanying order compelling Defendant Trans Union, LLC ("Trans Union") to produce a corporate representative for deposition, and, in support thereof avers as follows:

1.      This is an action for damages brought by an individual consumer against the Defendants for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended,* and various other laws of the Commonwealth of Pennsylvania, which was commenced by the filing of a Complaint on or about April 2, 2004, in the United States District Court For the Eastern District of Pennsylvania.

2. On or about March 11, 2005, Plaintiff sent a Notice of Deposition to defense counsel for Defendant Trans Union to produce a corporate representative for deposition. (A true and accurate copy of Plaintiff's Notice of Deposition is attached hereto as Exhibit A).

3. Plaintiff has requested that defense counsel produce a corporate representative for deposition on several occasions, both over the telephone and in writing. (See a true and accurate June 9, 2005 print out of an e-mail string between Plaintiff's counsel and defense counsel attached hereto as Exhibit B).

4. Defendant Trans Union has failed to produce a corporate representative prior to the close of discovery, despite its promises to do so.

5. Discovery is set to close today, June 15, 2005. Plaintiff will suffer hardship and prejudice as a result of Defendant Trans Union's failure to produce a corporate representative for deposition.

6. Plaintiff has attempted in good faith to resolve this discovery dispute. Plaintiff's Local Rule 26.1(f) Certification of Counsel is attached.

WHEREFORE, based upon the foregoing, Plaintiff Nadia A. Dedicova-Kent respectfully requests that this Court enter the accompanying Order compelling the Defendant Trans Union to produce a corporate representative for deposition within twenty (20) days of the date of this Order or risk further sanctions upon application to the Court.

        RESPECTFULLY SUBMITTED,

        FRANCIS & MAILMAN, P.C.

BY: _____
     JAMES A. FRANCIS, ESQUIRE
     MARK D. MAILMAN, ESQUIRE
     JOHN SOUMILAS, ESQUIRE
     Attorney for Plaintiff
     Land Title Building, 19th Floor
     100 South Broad Street
     Philadelphia, PA 19110
     (215) 735-8600

Dated: June 15, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NADIA A. DEDICOVA-KENT** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**EQUIFAX INFORMATION SERVICES, LLC** )<br>and )<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC.** )<br>and )<br>**TRANS UNION, LLC** )<br>and )<br>**MBNA AMERICA BANK, NA** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 04-1482** |

**LOCAL RULE 26.1(f) CERTIFICATION OF COUNSEL**

The undersigned counsel of Plaintiff Nadia A. Dedicova-Kent hereby certify, pursuant to Local Rule 26.1(f), that they have attempted in good faith to resolve this discovery dispute, but have been unable to do so without court intervention.

                        **RESPECTFULLY SUBMITTED,**

                        **FRANCIS & MAILMAN, P.C.**

      BY:_____
            JAMES A. FRANCIS, ESQUIRE
            MARK D. MAILMAN, ESQUIRE
            JOHN SOUMILAS, ESQUIRE
            Attorneys for Plaintiff
            Land Title Building, 19th Floor
            100 South Broad Street
            Philadelphia, PA 19110
            (215) 735-8600

Dated: June 15, 2005

**CERTIFICATE OF SERVICE**

I, John Soumilas, hereby certify that, on this date, I caused a true and correct copy of the foregoing Plaintiff's Motion to Compel to be served by way of U.S. mail, first-class and postage pre-paid, upon the following:

Bruce S. Luckman, Esquire
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103

Mark C. Cawley, Esquire
Saul Ewing LLP
1500 Market Street,
Centre West Square, 38th Floor
Philadelphia PA 19102

**FRANCIS & MAILMAN, P.C.**

_____
JAMES A. FRANCIS, ESQUIRE
MARK D. MAILMAN, ESQUIRE
JOHN SOUMILAS, ESQUIRE
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

DATE: June 15, 2005