**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NADIA A. DEDICOVA-KENT** ) | |
| ) | |
| **Plaintiff,** ) | |
| **vs.** ) | |
| ) | **Civil Action No. 04-1482** |
| **EQUIFAX INFORMATION SERVICES, LLC** ) | |
| **and** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.** ) | |
| **and** ) | |
| **TRANS UNION, LLC** ) | |
| **and** ) | |
| **MBNA AMERICA BANK, NA** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## O R D E R

AND NOW, this_____day of _____, 2005, upon consideration of Plaintiff's Motion to Compel the deposition of Defendant MBNA America Bank, NA's, corporate representative (hereafter "MBNA"), it is hereby ORDERED that the Motion is GRANTED and Defendant MBNA shall, without a protective order or any objection as to confidentiality, produce a corporate representative for deposition to testify regarding the policies and procedures employed in 2003 and 2004 in handling the investigation of consumer disputes under the Fair Credit Reporting Act within twenty (20) days of the date of this Order or risk further sanctions upon application to the Court.

_____
Surrick,                    J.